THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

SOUTHWEST AIRLINES CO.,

        Defendant.

No. 2:14-cv-01693-JCC

**STIPULATION OF DISMISSAL**

1   The parties represent that they have executed a settlement of this action.

2   Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties

3   stipulate that Plaintiff, the United States of America's claims against Defendant,

4   Southwest Airlines Co., shall be dismissed with prejudice and without an award of costs

5   or fees to any party.

      BENJAMIN C. MIZER
      Principal Deputy Assistant Attorney General

      ANNETTE L. HAYES
      United States Attorney

      JACQUELINE COLEMAN SNEAD

Stipulation of Dismissal
No. 2:14-cv-01693-JCC
Page 1

Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20001
(202) 616-8188

Assistant Branch Director
Federal Programs Branch

_/s/_Robin F. Thurston___
ROBIN F. THURSTON
Trial Attorney (Illinois Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
Phone: (202) 616-8188
Fax:    (202) 616-8470
Email: robin.f.thurston@usdoj.gov
<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044
<u>Courier Address:</u>
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001

DAVID R. EAST, WSBA #31481
Assistant United States Attorney
United States Attorney's Office
Phone: 206-553-7970
Fax:    206-553-4073
E-mail: david.east@usdoj.gov
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

*Counsel for Plaintiff*

_/s/_Dane B. Jaques_____
CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
Kelly P. Corr, WSBA No. 00555
Steven W. Fogg, WSBA No. 23528
Jeff Bone, WSBA No. 43965
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
(206) 625-8600 Phone
(206) 625-0900 Fax
kcorr@corrcronin.com
sfogg@corrcronin.com
jbone@corrcronin.com

DENTONS US LLP
Dane B. Jaques (*pro hac vice*)

Stipulation of Dismissal
No. 2:14-cv-01693-JCC
Page 2

Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20001
(202) 616-8188

        1676 International Drive - Penthouse
        McLean, VA 22102
        (703) 336-8709 Phone
        (703) 336-8750 Fax
        dane.jaques@dentons.com

        *Counsel for Defendant*

Stipulation of Dismissal   Department of Justice
No. 2:14-cv-01693-JCC   Civil Division, Federal Programs Branch
Page 3   20 Massachusetts Ave, NW
  Washington, DC 20001
  (202) 616-8188

## **CERTIFICATE OF SERVICE**

I hereby certify that December 21, 2015, I filed the foregoing with the Clerk of the Court using the CMF / ECF system, which will send notification thereof to the following:

Dane B. Jaques
DENTONS US LLP
1676 International Dr., Penthouse
McLean, VA 22102
703-336-8709
djaques@dentons.com

Kelly P. Corr
Steven W. Fogg
Jeff Bone
CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP
1001 4TH Ave, Suite 3900
SEATTLE, WA 98154-1051
206-625-8600
Kcorr@corrcronin.com, sfogg@corrcronin.com, jbone@corrcronin.com,

DATED: December 21, 2015

    _/s/_____
ROBIN F. THURSTON
Trial Attorney (Illinois Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
Phone: (202) 616-8188
Fax:   (202) 616-8470
Email: robin.f.thurston@usdoj.gov
<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044
<u>Courier Address:</u>
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001

Stipulation of Dismissal
No. 2:14-cv-01693-JCC
Page 4

Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20001
(202) 616-8188