THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>Defendant. | CASE NO. C14-1693-JCC<br><br>ORDER DISMISSING CASE |

Pursuant to the parties' stipulation (Dkt. No. 30) and Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 21st day of December 2015.

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE